UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:18-cv-02663 |
| JOHN DOE subscriber assigned IP address 208.59.145.201, | ) ) Judge: Edmond E. Chang ) Magistrate Judge: Young B. Kim |
| Defendant. | ) ) ) |

**PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL
AND ENTER ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Strike 3 Holdings, LLC, by undersigned counsel, and for its motion to vacate the order of dismissal without prejudice and enter an order of dismissal with prejudice, states as follows:

1. On July 10, 2018, Plaintiff filed a notice of voluntary dismissal of this action without prejudice. [ECF 22]

2. The predicate for the motion was the parties' settlement agreement, the terms of which had not been fully met. As such, the Court entered an order of dismissal without prejudice. [ECF 24]

3. All of the terms of the agreement have now been met and Plaintiff seeks to have the action dismissed with prejudice.

4. Plaintiff requests that the order of July 10, 2018 [ECF 24] be vacated and that an order be entered dismissing this action with prejudice.

WHEREFORE, Plaintiff, Strike 3 Holdings, LLC, respectfully requests that this Court enter an order granting Plaintiff's motion.

Dated: 07/11/2018

Respectfully submitted,

FOX ROTHSCHILD LLP

By: /s/ Marc C. Smith
Marc C. Smith, Esq. (6189574)
mcsmith@foxrothschild.com
353 N. Clark Street, Suite 3650
Chicago, Illinois 60654
Tel: (312) 517-9200
Fax: (312) 517-9201
www.foxrothschild.com

2